UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO BRANCH

| | |
|---|---|
| JAMES L. BURNS, III,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:20-cv-01182-JDP<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND<br><br>ECF NO. 15 |

The parties' stipulated request, ECF No. 15, is construed as a motion and granted. Plaintiff will file her Motion for Summary Judgment/Remand on or before April 7, 2021.

IT IS SO ORDERED.

Dated:   April 6, 2021                                 _____
                                                                    JEREMY D. PETERSON

                                                                    UNITED STATES MAGISTRATE JUDGE